# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE ARMAND RANDALL,<br><br>   Petitioner,<br><br>   v.<br><br>JASON BLACK,<br><br>   Respondent. | Case No. CV 20-2313-VAP (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: May 20, 2021

                _____
                VIRGINIA A. PHILLIPS
                UNITED STATES DISTRICT JUDGE