# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE ARMAND RANDALL,<br><br>    Petitioner,<br><br>    v.<br><br>JASON BLACK,<br><br>    Respondent. | Case No. CV 20-2313-VAP (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 20, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE